Name: LAPREISHA BUSH

Address: 1539 PUMALO STREET EAST

Phone: 442-263-7253

Fax:

In Pro Per

**FILED**
CLERK, U.S. DISTRICT COURT
09/17/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: _____AP_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LAPREISHA BUSH

Plaintiff

v.

SB COUNTY CFS JONATHAN MILLARD, MELLISSA DUCHENSE AND CINDY REYES

Defendant(s).

CASE NUMBER:

5:24-cv-01977-KK(SHKx)

To be supplied by the Clerk of
The United States District Court

COMPLAINT

I LAPREISHA BUSH WAS ARRESTED AT MY HOME JUNE 09, 2024 AT 7:00AM ON A $50,000 FELONY WARRANT FOR PERJURY. SAN BERNARDINO POLICE DEPARTMENT STATED THEY WERE NOT GOING TO CONTACT CFS. I HAD MY FIVE YEAR OLD DAUGHTER WITH ME AND GAVE TEMPORARY CUSTODY TO MY NEXT DOOR NEIGHBOR FOR ONE HOUR FOR MY MOM TO PICK HER UP. I AGREED AS WELL AS THE POLICE DEPARTMENT AND EVERYTHING WAS FINE. I GOT BOOKED INTO COUNTY JAIL AT 11:00AM AND THAT IS WHEN I WAS NOTIFIED THAT THE POLICE DEPARTMENT TOOK MY DAUGHTER TO CFS OFFICE. I FOUND A BAIL AGENCY JUNE 09, 2024 AT 8:00PM TO ACCEPT AND PROCESS MY BAIL. I WAS RELEASED JUNE 10, 2024 AT 2:00AM. I RETURNED HOME AND MY DAUGHTER WAS GONE WITHOUT A TRACE. THEY DID NOT LEAVE ANYWAY FOR ME TO FIND MY DAUGHTER AND I WAS TERRIFIED. ON JUNE 11, 2024 THEY HAD THE DETENTION

MELLISSA DUCHENSE AND CINDY REYES CONTINUED ON THE LIES AND HAVE BEEN FALSIFIED DOCUMENTS BY GOING INTO AN OLD CASE I HAD SATISFIED AND WAS CLOSED. COPIED WORD FROM WORD AND USED THE SAME EXACT ALLEGATIONS FROM THE CLOSED CASE. WHEN I FIRST WENT TO COURT NONE OF THAT INFORMATION WAS ON THERE. AND I NOTICE THAT AUGUST 27, 2024. NOW THESE UNETHICAL PEOPLE ARE USING FALSE INFORMATION TO RUIN MY FAMILY. MY FIVE YEAR OLD DAUGHTER IN THEIR CARE HAS A WING WORM ON THE BACK OF HER NECK, SHE TOLD ME HER NAME IS B**** (M.R) HER NAME LIKE ARE YOU KIDDING ME. BUT THEY THEN GO AFTER MY TWO OLDEST CHILDREN (T.A AND S.C) WHICH WHO ARE IN THE CUSTODY OF MY MOTHER SINCE MAY 01, 2024. CPS HAS ILLEGALLY REMOVED MY KIDS WITHOUT A WARRANT, THREATEN, STALKED, HARASS, INTIMIDATE, BULLY, SLANDER, DEFAMATION, RETALIATE, TRESS PASS, CIVIL RIGHS, CONSTITUTIONAL RIGHTS, PERJURY, LYING UNDER OATH, FRAUD, DISCRIMINATION, HATE CRIME, CHILD ENDANGERMENT, NEGLIGENCE, FALSIFY DOCUMENTS, LIE TO A JUDGE. ALL THEY CARE ABOUT IS MONEY AND MY CHILDREN ARE NOT DOLLAR SIGNS. THEY ARE MY CHILDREN AND THEY NEED TO BE WITH ME AND MY FAMILY AND NOT WITH THEM WHO FAIL TO PROTECT THEM. THESE PEOPLE ARE THE MOST WORST HUMANS THAT I EVER MET IN MY LIFE. MY HUSBAND QUINCY LEON BUSH IV DIED MAY 29, 2023 RIGHT IN FRONT OF ME AND MY FIVE YEAR OLD (M.R) DAUGHTER IN ONTARIO, CA. OUR FAMILY IS STILL SUFFERING FROM HIS LOSS. I WAS ARRESTED THAT WAS IT. THEY FAIL TO RETURN MY CHILDREN TO ME AND IVE DONE NOTHING WRONG. THEY HAVE NOTHING AGAINST ME EXCEPT ADDING THINGS FROM MY OLD CASE THAT IS CLOSED AND TRANSFERRING WORD FROM WORD TO THIS CASE. I DEMAND MY CHILDREN BACK AT HOME AND THE CASE CLOSED AND ACTIVE RESTRAINING ORDERS FIELD AGAINST THESE DISHONEST, CRUEL PEOPLE AND TERMINATED CARELESS.